May 14, 2004

Mr. Michael P. Young
Davis & Wilkerson, P.C.
P. O. Box 2283
Austin, TX 78768
Mr. Russell J. Bowman
Scott Bowman & Stella
3131 McKinney Ave., Suite 730
Dallas, TX 75204

RE: Case Number: 01-1248
 Court of Appeals Number: 03-00-00498-CV
 Trial Court Number: C-99-0510-C

Style: GEORGE ALEXANDER D/B/A ZENTNER'S DAUGHTER STEAKHOUSE
 v.
 LYNDA'S BOUTIQUE

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Diane |
| |O'Neal |
| |Ms. Sheri |
| |Woodfin |